No. 83–5810. THOMAS v. TORRES ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5813. McMILLION v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 83–5816. GALLAGHER ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5823. BROXSON v. FLORIDA PAROLE AND PROBATION COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–5838. SCHUSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5842. FREEMAN v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. Sup. Ct. Ohio. Certiorari denied.

No. 83–5850. CARPENTER v. TEXAS. Ct. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 83–5852. SCHANBARGER v. THIRD APPELLATE DIVISION OF THE NEW YORK STATE SUPREME COURT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 83–5854. MANGO v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 83–5858. MURCER v. JONES, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 83–5859. SANDS v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 83–5860. SURGEON v. McNAMARA ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–5862. MANKO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–5863. PICKARD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83–5864. ETCHISON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.